1  STUART HANLON, CSBN: 66104
   SARA RIEF, CSBN: 227279
2  Law Office of Hanlon & Rief
   1663 Mission St, Suite 200
3  San Francisco, CA 94103

4  Attorney for Defendant
   MICHAEL GREGORY
5

6            IN THE UNITED STATES DISTRICT COURT

7            FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
   UNITED STATES OF AMERICA,         )
9                                    )  No. MJ-16-70675 MAG
            Plaintiff,                )
10                                    )  **STIPULATION AND** ~~**PROPOSED**~~
                                     )  **ORDER TO CONTINUE ARRAIGNMENT/**
11                                    )  **PRELIMINARY HEARING**
                                     )
12                                    )
                                     )
13 MICHAEL GREGORY,                   )
            Defendant.                )
14                                    )
                                     )
15 _____     )

16
       **IT IS HEREBY STIPULATED** by the parties that the presently scheduled arraignment
17 and preliminary hearing for July 1st, 20146 at 9:30 a.m. be continued to July 13th, 2016 at 9:30
   a.m.
18     Defendant continues to waive time for his arraignment and preliminary hearing in this

19 matter.

20

21

22 Dated: June 30, 2016              /s/
                                    SARA RIEF
23                                  Attorney for Defendant
                                    MICHAEL GREGORY
24
   Dated: June 30, 2016              /s/
25                                  KEVIN BARRY
                                    Assistant United States Attorney
26

27

28

**IT IS SO ORDERED.**

Dated: June 30, 2016

_____
Hon. Magistrate Judge Maria-Elena James