1  STUART HANLON, CSBN: 66104
   SARA RIEF, CSBN: 227279
2  Law Office of Hanlon & Rief
   1663 Mission St, Suite 200
3  San Francisco, CA 94103

4  Attorney for Defendant
   MICHAEL GREGORY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
         Plaintiff,        )  No. CR-16-00307-RS
                           )
                           )  **STIPULATION AND ~~(PROPOSED)~~**
                           )  **ORDER TO CONTINUE SENTENCING**
                           )  **HEARING**
                           )
MICHAEL GREGORY,           )
         Defendant.        )
_____)

**IT IS HEREBY STIPULATED** by the parties that the presently scheduled sentencing hearing for December 6, 2016 at 2:30 p.m. be continued to May 16th, 2017 at 2:30 p.m.

Mr. Gregory will be entering into a drug residential treatment program at the end of this month (and prior to sentencing). It is anticipated that Mr. Gregory will be in this program for a minimum of ninety (90) days. Both parties are requesting to continue his sentencing out approximately six months as it is unknown, at this time, when Mr. Gregory will complete the program. The parties will ask to advance the sentencing if Mr. Gregory fails to complete the program or if it is appropriate given his release date.

Dated: November 18, 2016           /s/
                                   _____
                                   SARA RIEF
                                   Attorney for Defendant
                                   MICHAEL GREGORY

Dated: November 18, 2016         /s/
                                 KEVIN BARRY
                                 Assistant United States Attorney

**IT IS SO ORDERED.**

Dated: 11/23/16

_____
Hon. Judge Richard Seeborg