1  STUART HANLON, CSBN: 66104
   SARA RIEF, CSBN: 227279
2  Law Office of Hanlon & Rief
   1663 Mission St, Suite 200
3  San Francisco, CA 94103

4  Attorney for Defendant
   MICHAEL GREGORY
5

6              IN THE UNITED STATES DISTRICT COURT

7              FOR THE NORTHERN DISTRICT OF CALIFORNIA

8
   UNITED STATES OF AMERICA,        )
9                                   )   No. CR-16-00307-RS
          Plaintiff,                )
10                                  )   **STIPULATION AND (PROPOSED)**
                                    )   **ORDER TO ADVANCE SENTENCING**
11                                  )   **HEARING DATE**
                                    )
12                                  )
                                    )
13                                  )
   MICHAEL GREGORY,                 )
14        Defendant.                )
                                    )
15                                  )
                                    )
16 _____ )

17       **IT IS HEREBY STIPULATED** and requested by the parties that the presently

18 scheduled sentencing hearing for May 16th, 2017 at 2:30 p.m. be advanced to April 18th, 2017 at

19 2:30 p.m.

20       As this Court is aware, Mr. Gregory entered into a drug residential treatment program

21 and the parties requested a continuance of his sentencing for several months not knowing the

22 length of his treatment.  Recently, Mr. Gregory successfully completed ninety (90) days of

23 treatment and was released by the program.  As previously noted to this Court in the request to

24 continue his original sentencing date, the parties are requesting that his sentencing be advanced

25 in light of the completion of the program.  Probation is aware of this request and is available.

26

27

28

| | |
|---|---|
| Dated: March 21, 2017 | /s/<br>SARA RIEF<br>Attorney for Defendant<br>MICHAEL GREGORY |
| Dated: March 21, 2017 | /s/<br>KEVIN BARRY<br>Assistant United States Attorney |

**IT IS SO ORDERED.**

Dated: 3/23/17

Hon. Judge Richard Seeborg